DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LUIS ENRIQUE CABRERA-HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS ENRIQUE CABRERA-HERNANDEZ,<br><br>Defendant. | NO. CR-S-11-309 MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME**<br><br>Date: October 20, 2011<br>Time: 9:00 a.m.<br>Judge: Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michele Beckwith, Assistant United States Attorney, attorney for Plaintiff, and Matthew C. Bockmon, Assistant Federal Defender, attorney for Defendant, LUIS ENRIQUE CABRERA-HERNANDEZ, that the status conference hearing date of Thursday, October 13, 2011, be vacated and a new status conference hearing date of Thursday, October 20, 2011, be set.

The reason for this continuance is because defense counsel needs additional time to review the pre-plea report with defendant, and for defense preparation, and meetings between the parties with the goal being to resolve the case by way of a disposition.

It is further stipulated that the time for trial under the Speedy Trial Act should be excluded from the date of the signing of this order through and including October 20, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare], Local Code T4, and that the ends of justice to be served by granting the continuance outweigh the best interest of the public and the defendant to a speedy trial.

| | |
|---|---|
| Dated: October 12, 2011 | Respectfully submitted,<br><br>DANIEL J. BRODERICK<br>Federal Defender<br><br> /s/ Matthew C. Bockmon <br>MATTHEW C. BOCKMON<br>Assistant Federal Defender<br>Attorney for Defendant<br>LUIS ENRIQUE CABRERA-HERNANDEZ |
| Dated: October 12, 2011 | BENJAMIN B. WAGNER<br>United States Attorney<br><br> /s/ Matthew C. Bockmon for <br>MICHELE BECKWITH<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS ENRIQUE CABRERA-HERNANDEZ,<br><br>Defendant. | NO. CR-S-11-309 MCE<br><br>**ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |

Based on the reasons set forth in the stipulation of the parties filed on October 14, 2011, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Thursday, October 13, 2011, be vacated and that the case be set for status conference on **Thursday, October 20, 2011, at 9:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of today's date, through and including October 20, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), Local Code T4, to provide defense counsel with the reasonable time to prepare taking into account due diligence.

IT IS SO ORDERED.

Dated: October 14, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1